IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORRICK WILSON,
      Plaintiff,

vs.                                   Case No.  3:09cv310/RV/CJK

DR. ROGER BROWNE, et al.,
      Defendants.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 25, 2011. (Doc. 121). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     Defendant Adam's motion to dismiss (doc. 58) is GRANTED to the following extent:

      a.     Plaintiff's individual capacity claims against defendant Dr. Adam are DISMISSED for failure to state a claim upon which relief may be granted.

      b.     Plaintiff's official capacity claims against defendant Dr. Adam are DISMISSED WITHOUT PREJUDICE as redundant.

3.  This case is referred back to the magistrate judge for further proceedings on plaintiff's claims against the remaining defendants.

DONE AND ORDERED this 26th day of September, 2011.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**