IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORRICK WILSON,
    Plaintiff,

vs.                                          Case No. 3:09cv310/RV/CJK

DR. ROGER BROWNE, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This prisoner civil rights case filed under 42 U.S.C. § 1983 is before the Court upon plaintiff's motions for summary judgment against defendant Adams (doc. 138), defendants Nguyen and Nichols (doc. 139), and defendants Browne and Hemphill (doc. 140). Defendants Nguyen, Nichols, Browne and Hemphill have responded in opposition to the motions (docs. 142, 144). The matter is referred to the undersigned magistrate judge for report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(C). After careful consideration, the undersigned concludes that plaintiff's motions should be denied as untimely.

On December 22, 2010, this Court issued a Case Management and Scheduling Order effective as to plaintiff and defendants Browne, Hemphill, Adam, Nguyen and Nichols (doc. 56). The order required that motions for summary judgment be filed "as promptly as possible, . . . but, unless otherwise permitted by court order, not later than 20 days after the close of discovery." (*Id.*). Discovery was set to close on March 22, 2011. (*Id.*). The discovery deadline was extended to April 28, 2011 (doc. 86), and the dispositive motions deadline extended to July 22, 2011 (doc. 99). Defendants Nguyen and Nichols received a further extension, until August 15, 2011, upon a

showing of good cause (doc. 111).[1]  Defendants Browne, Hemphill, Adam, Nguyen and Nichols timely filed dispositive motions (docs. 58, 107, 108, 118), and plaintiff responded (docs. 63, 115, 116, 124).  Plaintiff did not file any dispositive motions by the deadline.

Four months after the deadline passed, plaintiff filed his present motions for summary judgment (docs. 138, 139, 140).  The motions are clearly untimely and should be denied on that basis.  *See, e.g., Dedge v. Kenrdrick*, 849 F.2d 1398 (11th Cir. 1988) (holding that district court properly denied motion for summary judgment as untimely, where district court entered order requiring that motions for summary judgment be filed by October 30, and defendant filed his motion for summary judgment on December 7).  Plaintiff's motion against defendant Adam may be denied on the alternative basis set forth in this Court's order dismissing plaintiff's claims against defendant Adam (*see* docs. 121, 129).

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motions for summary judgment (docs. 138, 139, 140) be DENIED as untimely.

At Pensacola, Florida this 13th day of December, 2011.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Dr. Tennenbaum was not subject to the discovery and dispositive motions deadlines set by the Case Management and Scheduling Order, because he was not served until after those deadlines passed.  The Court will set new deadlines for defendant Tennenbaum in an upcoming order.  (*See* Doc. 135).

*Case No: 3:09cv310/RV/CJK*

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).