IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORRICK WILSON,
    Plaintiff,

vs.                                      Case No.   3:09cv310/RV/CJK

DR. ROGER BROWNE, et al.,
    Defendants.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 13, 2011. (Doc. 147). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     The plaintiff's motions for summary judgment (docs. 138, 139 & 140) are DENIED as untimely.

DONE AND ORDERED this 28th day of December, 2011.

          /s/ *Roger Vinson*
          **ROGER VINSON**
          **SENIOR UNITED STATES DISTRICT JUDGE**