IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORRICK WILSON,
    Plaintiff,

vs.                                      Case No.  3:09cv310/RV/CJK

DR. ROGER BROWNE, et al.,
    Defendants.
_____

O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 23, 2011.  (Doc. 149).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed.

       Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendants' motions for summary judgment (docs. 107, 108 & 118) are GRANTED.

3. This case is referred to the magistrate judge for further proceedings on plaintiff's individual capacity claims against the remaining defendant, Dr. Tennenbaum.

4. Upon disposition of plaintiff's claims against Dr. Tennenbaum, the court shall enter final judgment in favor of defendants Hemphill, Browne, Nguyen and Nichols on plaintiff's individual and official capacity claims.

DONE AND ORDERED this 20th day of January, 2012.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**