IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORRICK WILSON,
    Plaintiff,

vs.                                      Case No.  3:09cv310/RV/CJK

DR. ROGER BROWNE, et al.,
    Defendants.
_____

## O R D E R

        This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 20, 2012. (Doc. 165). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed.

        Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 166), I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now ORDERED as follows:

        1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. Defendant Tennenbaum's motion for summary judgment (doc. 156) is GRANTED.

  3. Plaintiff's motion for summary judgment (doc. 159) is DENIED.

  4. Final judgment is entered in favor of all defendants and against plaintiff. (*See* Docs. 129, 151, 155).

  5. The clerk is directed to close the file.

DONE AND ORDERED this 8th day of May, 2012.

      */s/ Roger Vinson*
      ROGER VINSON
      SENIOR UNITED STATES DISTRICT JUDGE